RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
SONYA M. GORDON, Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445
Attorneys for Plaintiffs
Email: rgrosboll@neyhartlaw.com
         sgordon@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; L ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>A/V WEST SALES, INC., a California Corporation,<br><br>Defendant. | Case No.  C-10-3577 RMW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT A/V WEST SALES, INC.**<br><br>[F.R.C.P. Rule 55(b)]<br><br>Date:        January 7, 2011<br>Time:        9:00 a.m.<br>Courtroom: Courtroom 6, 4th Floor<br>Location:    280 South 1st Street<br>                    San Jose, CA 95113<br>Judge:       Hon. Ronald M. Whyte |

-1-

**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**
**Case No. 10-CV-3577 RMW**

This matter came on regularly for hearing on Friday, January 7, 2011 at 9:00 a.m.., in Courtroom 6 on the 4th Floor at the U.S. District Courthouse, 280 South 1st Street located in San Jose, California 95113.  Plaintiffs ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND, LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND, (hereinafter collectively referred to as the "Plaintiffs", or "Plan") were represented by Ms. Sonya M. Gordon.  Defendant failed to appear.

Having considered the argument of Ms. Gordon, the Notice of Motion, the Points and Authorities, the submitted Declarations of Ms. Gordon, Ms. Stephenson and the entire file in this action, and GOOD CAUSE APPEARING,

IT IS ORDERED THAT Plaintiffs' Motion for Default Judgment against Defendant A/V WEST SALES, INC. is hereby GRANTED.  Judgment is entered against Defendant A/V WEST SALES, INC. for $12,735.44 plus $2.79 per day after January 7, 2011 until judgment is entered.

IT IS SO ORDERED.

Dated: ____1/24/2011_____                    *Ronald M. Whyte*

U.S. District Court Judge